## Howell *v.* Chomsky.

LUMPKIN, J. There was no abuse of discretion in refusing to grant an injunction. *Judgment affirmed. All the Justices concur.*

Argued June 11,—Decided December 24, 1909.

Petition for injunction. Before Judge Pendleton. Fulton superior court. April 7, 1909.

*W. E. Suttles* and *W. I. Heyward*, for plaintiff.

*Moore & Pomeroy*, for defendant.